Todd S. Fairchild, WSBA No. 17654
fairchild.todd@dorsey.com
Stefan Szpajda, WSBA No. 50106
szpajda.stefan@dorsey.com
Stephen Weingold, CBA No. 52897
(*pro hac vice* to be filed)
Dorsey & Whitney LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800

*Attorneys for Plaintiffs AAA Cabinets & Millworks, Inc. and Timothy Stewart*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| AAA Cabinets & Millworks, Inc., a Washington For-Profit Company; and Timothy Stewart, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AMCO Insurance Company, an Iowa For-Profit Company,<br><br>Defendant. | CASE NO. 2:20-cv-318<br><br>**COMPLAINT FOR BREACH OF CONTRACT AND DECLARATORY JUDGMENT** |

Plaintiffs AAA Cabinets & Millworks, Inc. ("AAA Cabinets") and Timothy Stewart ("Mr. Stewart"), by and through their undersigned counsel, bring this action

COMPLAINT - 1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

for a declaratory judgment and for damages for breach of contract against Defendant AMCO Insurance Company ("AMCO"), an Iowa company that issued policies of insurance to AAA Cabinets in the State of Washington. AAA Cabinets and Mr. Stewart are referred to collectively as "AAA Cabinets." For its Complaint against AMCO, AAA Cabinets alleges as follows:

## I.  NATURE OF THE ACTION

1. This is an action for a declaratory judgment and for damages for breach of contract relating to multiple policies of insurance that AMCO issued to AAA Cabinets. Both AAA Cabinets and Timothy Stewart, the Chief Executive Officer of AAA Cabinets, are Insureds under the policies. The policies require AMCO to defend its policyholders against claims brought by third parties that give rise to potential coverage under the policy.

2. On August 28, 2019, AAA Cabinets and Timothy Stewart were sued by Kitchen Cabinet Manufacturers' Association ("KCMA") in the United States District Court for the Eastern District of Washington. In that lawsuit (the "KCMA Lawsuit"), KCMA alleged various causes of action, including claims that AAA Cabinets had infringed KCMA's intellectual property rights in advertising by AAA Cabinets. Both AAA Cabinets and Timothy Stewart were named as defendants in the KCMA Lawsuit.

COMPLAINT - 2

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

3.     The conduct at issue in the KCMA Lawsuit was not intentional. AAA Cabinets accidentally affixed a small number of KCMA stickers to cabinets on a single construction project because of a misunderstanding about the certification required by the project. AAA Cabinets had purchased the stickers when the company was KCMA certified, and Mr. Stewart believed at the time that AAA Cabinets was still licensed to use the stickers.

4.     The Policies provide coverage for various types of third-party claims, including claims for "Personal and Advertising Injury" allegedly caused by an insured. Under one or more of the Policies, AMCO had a duty to defend AAA Cabinets and Mr. Stewart in the KCMA Lawsuit.

5.     As set forth below, AMCO failed to conduct a proper and timely investigation, and unlawfully refused to defend AAA Cabinets and Mr. Stewart in the KCMA Lawsuit. As a result, AAA Cabinets was forced to incur legal fees and other defense costs that were necessary to defend AAA Cabinets and Mr. Stewart in the KCMA Lawsuit, and AAA Cabinets was forced to settle the KCMA Lawsuit without the protection and assistance that AMCO was obligated to provide. AAA Cabinets is now required to file this lawsuit to obtain the benefit of the AMCO Policies.

COMPLAINT - 3

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

## II. PARTIES, JURISDICTION AND VENUE

6. Plaintiff AAA Cabinet & Millworks Inc. is a Washington for-profit Corporation located at 11403 West 21st Ave., Airway Heights, Washington 99001.

7. Plaintiff Timothy Stewart is an individual who resides in Spokane, Washington.

8. Defendant AMCO Insurance Company is an Iowa for-profit Corporation with its home office located at 1100 Locust Street, Des Moines, Iowa, 50391.

9. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1332, as this action is between citizens of this State and a citizen of a foreign state that is not domiciled in Washington, and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. This Court has jurisdiction over the claim for declaratory relief under 28 U.S.C. § 2201 (the Declaratory Judgment Act).

10. Venue is proper in this district because AAA Cabinet's cause of action arose in Spokane County, where the Policies were issued by AMCO.

11. The Court has personal jurisdiction over AMCO pursuant to Rule 4 of the Federal Rules of Civil Procedure and RCW § 4.28.185(1)(d), which states that any person who "contract[s] to insure any person, property, or risk located within

COMPLAINT - 4

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

this State at the time of contracting" thereby submits "to the jurisdiction of the courts of this State as to any action arising from [the insurance contract]."

## III.    BACKGROUND

### A.    The AMCO Policies

12.    AMCO issued multiple insurance policies that include coverage for third-party claims against AAA Cabinets and additional insureds.  The AMCO insurance policies that potentially cover the claims made in the KCMA Lawsuit include policy numbers ACP GLAO 3008327080, ACP GLAO 3018327080, and ACP GLAO 3028327080 (the "CGL Policies") and ACP CAA 3008327080, ACP CAA 301832708, and ACP CAA 302832708 (the "Umbrella Policies").  The CGL Policies and the Umbrella Policies are collectively referred to herein as the "Policies" or the "AMCO Policies."  Each Policy was initially effective January 2, 2018, and renewed annually.  The current polices are in force through January 2, 2021.  Both AAA Cabinets and Mr. Stewart are Insureds under the Policies.

13.    The Policies do not differ materially in their coverage.  Attached as **Exhibit A** is the AMCO Commercial General Liability policy for the period January 2, 2018 to January 2, 2019, Policy Number ACP GLAO 3008327080 ("2018 Policy").

14.    The Policies provide coverage for various types of third-party claims, including claims for "Personal and Advertising Injury" allegedly caused by an

COMPLAINT - 5

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Insured. Under one or more of the Policies, AMCO had a duty to defend AAA Cabinets and Mr. Stewart in the KCMA Lawsuit.

### B. The KCMA Lawsuit

15. According to the complaint in the KCMA Lawsuit, KCMA is an association of furniture manufacturers whose business involves certifying the quality of its members' products, and licensing to its members the right to advertise that they are KCMA Certified and to use KCMA's intellectual property to advertise members' products.

16. In the KCMA Lawsuit, KCMA alleged that AAA Cabinets infringed KCMA's intellectual property rights in advertising for AAA Cabinets' products. For example, the KCMA Lawsuit alleges that AAA Cabinets "used counterfeit certification seals bearing the counterfeit KCMA Marks on their cabinets ***and to advertise and promote their cabinets***." *Kitchen Cabinet Manufacturers Association v. AAA Cabinets and Millworks, Inc.,* U.S. District Court, Eastern District of Washington, Cause No. 2:19-cv-0291-SMJ, First Amended Complaint, Dkt. 12, Ex. 1, ("KCMA Complaint") at ¶ 58 (emphasis added). A copy of the KCMA Complaint is attached hereto as **Exhibit B**.

17. The KCMA Complaint repeatedly alleges that AAA Cabinets and Mr. Stewart used KCMA's intellectual property to advertise AAA Cabinets to "the public" and "potential customers." KCMA Complaint ¶¶ 6, 35, 50, 59.

COMPLAINT - 6

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

18. In addition to alleging that AAA Cabinets was unlawfully using KCMA's intellectual property in advertising, KCMA also alleged that the use disparaged KCMA and its goods, products or services because the furniture that AAA Cabinets was advertising as KCMA Certified was allegedly of poor quality. The KCMA Complaint alleged that KCMA's half-century of carefully curating and advertising its certifications has allowed KCMA's marks and slogans to attain "a national and global reputation for technical expertise and integrity" which was being harmed by AAA Cabinets' advertising activities. *See, e.g.,* KCMA Complaint at ¶¶ 21, 59, 61, 74. For example, that KCMA Complaint alleges that AAA Cabinets' use of the KCMA intellectual property "will irreparably injure and damage KCMA and the goodwill and reputation symbolized by the KCMA Marks." KCMA Complaint at ¶ 61. The KCMA Complaint further alleges: "Unless Defendants are enjoined by this Court from doing so, KCMA will continue to suffer irreparable harm and injury to its goodwill and reputation." KCMA Complaint at ¶ 74.

19. In short, KCMA alleged that AAA Cabinets engaged in a variety of advertising acts that violated KCMA's intellectual property rights, unjustly enriched AAA Cabinets, disparaged KCMA and its goods and services, and caused other advertising injuries to KCMA.

20. The KCMA Complaint alleges intentional conduct by AAA Cabinets, but the readily available evidence shows that the dispute arose from an unintentional

COMPLAINT - 7

Dorsey & Whitney LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Phone: (206) 903-8800
Fax: (206) 903-8820

misunderstanding. During the time period when AAA Cabinets was certified by KCMA, AAA Cabinets purchased a large number of KCMA stickers. As the result of a misunderstanding, Mr. Stewart instructed an employee of AAA Cabinets to place KCMA stickers on several cabinets built for a nursing home project (the "Newport Project"). KCMA certification was not required for the Newport Project, and the stickers were placed on the cabinets as the result of a mistake. Although the Newport Project did not require KCMA certification, Mr. Stewart believed at the time that AAA Cabinets was still licensed to use the stickers purchased from KCMA.

21. One of the main issues in the KCMA Lawsuit was that neither party could produce a copy of the license agreement between AAA Cabinets and KCMA. Because neither party had a copy of the license agreement, it was not clear whether AAA Cabinets' license to use the KCMA stickers had expired.

22. The KCMA Lawsuit was resolved when AAA Cabinets was able to convince KCMA that it had not engaged in any intentional misuse of the stickers, that KCMA stickers were not required for the Newport Project, and that AAA Cabinets had placed the KCMA stickers on several cabinets as the result of a misunderstanding.

23. AAA Cabinets and KCMA amicably resolved the KCMA Lawsuit. After resolving the matter, AAA Cabinets and KCMA filed a joint motion to dismiss the lawsuit with prejudice. The joint motion included a joint statement by the parties

COMPLAINT - 8

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

that AAA Cabinets' use of the KCMA stickers was the result of "an internal misunderstanding." *Kitchen Cabinet Manufacturers Association v. AAA Cabinets and Millworks, Inc.,* US District Court, Eastern District of Washington, Cause No. 2:19-cv-0291-SMJ, Joint Motion to Dismiss with Prejudice, ECF No. 62, at ¶ 3. A copy of the Joint Motion to Dismiss with Prejudice is attached hereto as **Exhibit C**.

24.     When investigating the claim made by KCMA against its insureds, AMCO failed to take into account extrinsic evidence that was readily available to AMCO.

25.     AAA Cabinets incurred significant legal fees and other defense costs in defending itself and Mr. Stewart in connection with the KCMA Lawsuit.

**C.     The Claims Asserted in the KCMA Lawsuit Were Covered by the AMCO Policies**

26.     The AMCO Policies include coverage for "Personal and Advertising Injury." The Policies require AMCO to pay "those sums that the insured becomes legally obligated to pay as damages because of 'personal and advertising injury' to which this insurance applies." *See* Exhibit A (2018 Policy at Section I.B.1.a., at page 6 of 16). The Policies also make clear that AMCO has a "duty to defend the insured against any 'suit' seeking damages" for alleged advertising injuries. *See* Exhibit A (2018 Policy at Section V.1.a, at page 13 of 16).

COMPLAINT - 9

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

27. The AMCO Policies define "Advertisement" to mean a "notice that is broadcast or published to the general public or specified market segments about [the insured'] goods, products, or services for the purpose of attracting customer or supporters." *Id.*

28. The Policies define "Personal and advertising injury" to include "injury, including consequential 'bodily injury', arising out of one or more of the following offenses:

\* \* \*

    **d.**    Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

\* \* \*

    **f.**    The use of another's advertising idea in your 'advertisement'; or

    **g.**    Infringing upon another's copyright, trade dress or slogan in your 'advertisement'".

29. The Complaint in the KCMA Lawsuit alleged misconduct by AAA Cabinets that, if proven, would meet the definition of "Personal and advertising injury" in the AMCO Policies.

30. The AMCO Policies state that AAA Cabinets' "'executive officers' and directors are insureds." *See* Exhibit A (2018 Policy at II.1.a., at page 9 of 16).

### D. AMCO's Defective Investigation

COMPLAINT - 10

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

31. By letter dated January 31, 2020, counsel for AAA Cabinets notified AMCO of the KCMA Lawsuit and requested that AMCO confirm coverage and provide a defense. A copy of the KCMA Complaint in the KCMA Lawsuit was attached to the letter.

32. The KCMA Complaint alleges, among other things, that KCMA is entitled to a judgment for money damages and other remedies based on various legal theories. Among other relevant allegations, the KCMA Complaint alleges that AAA Cabinets and Mr. Stewart "used the counterfeit certification seals bearing the counterfeit KCMA Marks on their cabinets ***and to advertise and promote their cabinets***. *See* Exhibit B (KCMA Complaint ¶ 58) (emphasis added). The KCMA Complaint alleges that KCMA was seeking an injunction restraining AAA from such "advertising." *Id.* at ¶ 114. Similarly, the KCMA Complaint asserts that AAA's alleged actions "reflect adversely on KCMA" and that KCMA "will suffer irreparable harm to its trade reputation and goodwill" if the conduct continues. *Id.* at ¶ 90, 94. It further alleges that KCMA is suffering "irreparable damage" to the "business and reputation of KCMA." *Id.* at ¶ 114. These allegations and others show that KCMA's claims are at least potentially covered by the Policies.

33. Under Washington Law, AMCO had a duty to promptly investigate and respond to AAA Cabinets' notice of the KCMA Lawsuit.

COMPLAINT - 11

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

34. AMCO had a duty to provide a defense in the KCMA Lawsuit if the claims were "potentially" or "conceivably" covered by the Policies, and AMCO was required to resolve any doubt or ambiguity in favor of the insureds.

35. In making its coverage determination, AMCO had a duty to look beyond the allegations of the KCMA Complaint and consider extrinsic facts known by or readily ascertainable to AMCO.

36. AMCO did not respond to AAA Cabinets' January 31, 2020, letter.

37. On February 19, 2020, AAA Cabinets sent a follow-up letter to AMCO. Again, AMCO did not respond.

38. AMCO did not assign a claims representative until March 13, 2020, more than 40 days after AAA Cabinets notified AMCO of the KCMA Lawsuit.

39. On or around March 13, 2020, counsel for AAA Cabinets had a phone call with an AMCO claims representative during which counsel for AAA Cabinets summarized important facts relating to the KCMA Lawsuit and coverage under the AMCO Policies. Among other things, counsel for AAA Cabinets explained that while the Complaint made a variety of allegations suggesting intentional wrongdoing by AAA Cabinets, the actual facts involved an accident and a misunderstanding, rather than intentional misconduct.

COMPLAINT - 12

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

40.  On March 30, 2020, 59 days after counsel for AAA Cabinets sent a copy of the KCMA Complaint to AMCO, a claims representative for AMCO sent a letter to counsel for AAA Cabinets.  The letter states in part:

> … Nationwide has no duty to defend or indemnify AAA Cabinet & Millwork, Inc. in the lawsuit filed against it by Kitchen Cabinet Manufacturers Association.
>
> Nationwide reserves the right to modify and amend its coverage position pending its continuing investigation. In reserving its rights to modify and amend its coverage position, Nationwide reserves the right to withdraw from your defense in the event its investigation reveals that the Nationwide Policies do not provide coverage. Nationwide further reserves the right to commence a declaratory judgment action to determine the extent of its obligations, if any, under the Nationwide Policy.

The March 30, 2020, letter further states: "Please be advised that the portions of the policy referenced in this letter are not meant to be representative of all portions of the policy that may apply to this loss."

41.  On April 23, 2020, a different AMCO claims representative sent a letter to counsel for AAA Cabinets.  That letter states in part: "For reasons explained more fully below, please be advised there is no coverage under the AMCO policies for defense or indemnity of AAA Cabinets & Millworks, INC and Timothy Stewart." Like the March 30 letter, the April 23 letter also failed to contain a final or exhaustive analysis of coverage.  The April 23 letter states in part: "AMCO reserves all of its rights under the policies and applicable law.  By specifying certain terms and conditions which limit or exclude coverage, we waive no others, and specifically

COMPLAINT - 13

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

reserve all of AMCO's rights under all policy terms, conditions, limitations, definitions and exclusions and under applicable law."

42. On May 14, 2020, AAA Cabinets responded to AMCO's denial letters discussing coverage for the KCMA Lawsuit, and explaining that the allegations made in the KCMA Complaint gave rise to a duty to defend because—at the very least—those claims were "potentially" covered by the Policies.

43. AMCO did not defend under a reservation of rights or file a declaratory judgment action to have a court determine if AMCO's coverage determination was correct.

44. After AAA Cabinets demonstrated that its actions were the result of a misunderstanding, and were not intentional, KCMA agreed to an amicable resolution of the KCMA Lawsuit. On July 6, 2020, KCMA and AAA Cabinets filed a joint motion to dismiss the KCMA Complaint with prejudice.

45. Almost one month later, on August 4, 2020, counsel for AMCO sent a letter to AAA Cabinets. This letter purported to confirm receipt of the KCMA Complaint, a copy of which had been sent to AMCO on January 31, 2020.

46. AMCO's purported reason for sending the August 4, 2020 letter was to reiterate AMCO's earlier denials of coverage and refusal to defend AAA Cabinets and Timothy Stewart based on the KCMA Complaint. In fact, AMCO's August 4, 2020 letter was a belated effort to justify its earlier denials of coverage and AMCO's

COMPLAINT - 14

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Case 2:20-cv-00318-TOR    ECF No. 1    filed 09/04/20    PageID.15    Page 15 of 18

failure to conduct a timely and thorough investigation of the claims asserted by KCMA.

47. If AMCO had conducted a thorough and timely investigation of the claims alleged in the KCMA Lawsuit, including considering evidence extraneous to the KCMA Complaint, which was readily available to and, in fact, known to AMCO, then AMCO would have recognized its duty to defend AAA Cabinets and Timothy Stewart in the KCMA Lawsuit.

48. At a minimum, AMCO was required to defend AAA Cabinets and Mr. Stewart under a reservation or rights, and to commence a declaratory judgment action to have a court decide whether coverage or potential coverage existed under the Policies.

49. Because AMCO failed to defend, AAA Cabinets incurred significant legal fees and other defense costs in defending the KCMA Lawsuit.

50. In addition, AAA Cabinets has now been forced to incur the cost of filing this action in order to obtain the benefit of the AMCO Policies.

### IV.   CLAIMS

**FIRST CAUSE OF ACTION**
**<u>DECLARATORY JUDGMENT</u>**

51. AAA Cabinets repeats the allegations above, and incorporates them as if fully set forth herein.

COMPLAINT - 15

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

52. AAA Cabinets seeks a declaration from this Court that AMCO was legally obligated under the Policies and under Washington State law to defend AAA Cabinets and Timothy Stewart in the KCMA Lawsuit.

### SECOND CAUSE OF ACTION
### BREACH OF CONTRACT

53. AAA Cabinets repeats the allegations above and incorporates them as if fully set forth herein.

54. The Policies are insurance policies under which AMCO was paid premiums in exchange for their agreement to indemnify AAA Cabinets and other Insureds for losses covered by the Policies, and to defend the Insureds against third-party claims for losses that are covered or potentially covered by the Policies.

55. The KCMA Lawsuit triggered AMCO's duty to defend AAA Cabinets and Mr. Stewart in the KCMA Lawsuit.

56. AMCO breached the Policies by failing to defend AAA Cabinets and Mr. Stewart in the KCMA Lawsuit.

57. AMCO's breaches of the Policies has caused AAA Cabinets to incur damages, including, without limitation, attorney fees and other defense costs, for which AMCO is liable in an amount to be established at trial.

COMPLAINT - 16

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# THIRD CAUSE OF ACTION
## FEES AND COSTS UNDER *OLYMPIC STEAMSHIP*

58. AAA Cabinets repeats the allegations above and incorporates them as if fully set forth herein.

59. AMCO is liable under *Olympic Steamship Co., Inc. v. Centennial Ins. Co.*, 117 Wn.2d 37, 811 P.2d 673 (1991) for the legal fees and other expenses incurred by AAA Cabinets to obtain the benefit of the AMCO Policies.

## V.    PRAYER FOR RELIEF

WHEREFORE, AAA Cabinets requests that the Court judgment in its favor and against AMCO as follows:

A.    Enter a declaratory judgment in favor of AAA Cabinets and Timothy Stewart and against AMCO on Count 1 of this Complaint; and

B.    Enter judgment in favor of AAA Cabinets and against AMCO on Count II of the Complaint, including an award damages for breach of contract in an amount to be proven at trial;

C.    Award AAA Cabinets its attorney fees and expenses reasonably incurred to obtain the benefit of the Policies;

D.    Award prejudgment interest to AAA Cabinets and against AMCO at the statutory rate in Washington State to compensate AAA Cabinets for the loss of

COMPLAINT - 17

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

use of funds caused by AMCO's wrongful refusal to defend AAA Cabinets and Mr. Stewart in the KCMA Lawsuit; and

  E. Award AAA Cabinets and Timothy Stewart such other and further relief as this Court deems just and appropriate.

## VI. JURY DEMAND

AAA Cabinets hereby demands trial by jury on all issues so triable.

DATED this 4th day of September, 2020.

            DORSEY & WHITNEY LLP

            *s/ Todd S. Fairchild*
            Todd S. Fairchild, WSBA No. 17654
            fairchild.todd@dorsey.com
            Stefan Szpajda, WSBA No. 50106
            szpajda.stefan@dorsey.com
            Stephen Weingold, CBA No. 52897
            (*pro hac vice* to be filed)
            weingold.stephen@dorsey.com
            Dorsey & Whitney LLP
            701 Fifth Avenue, Suite 6100
            Seattle, WA  98104
            Telephone:  (206) 903-8800
            Facsimile:  (206) 902-8820

            *Attorneys for Plaintiffs AAA Cabinets*
            *& Millworks, Inc. and Timothy Stewart*

COMPLAINT - 18

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820