UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AAA Cabinets & Millworks, Inc., a Washington For-Profit Company; and Timothy Stewart, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AMCO Insurance Company, an Iowa For-Profit Company,<br><br>Defendant. | CASE NO. 2:20-CV-0318-TOR<br><br>PROTECTIVE ORDER |

The Court hereby adopts and enters the parties' Stipulation for Protective Order, and orders that confidential information produced or disclosed in this case shall be governed by the procedures set forth in the stipulation.

It is further ordered that, pursuant to Fed. R. Evid. 502(d), the production of any documents in this proceeding shall not, for the purposes of this proceeding or any other federal or state proceeding, constitute a waiver by the producing party of any privilege applicable to those documents, including the attorney-client privilege,

//

//

PROTECTIVE ORDER ~ 1

attorney work-product protection, or any other privilege or protection recognized by law.

DATED April 20, 2021.



                         THOMAS O. RICE
                 United States District Judge

PROTECTIVE ORDER ~ 2