UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AAA CABINETS & MILLWORKS, INC., a Washington For-Profit Company, and TIMOTHY STEWART, an individual,<br><br>                  Plaintiffs,<br><br>  v.<br><br>AMCO INSURANCE COMPANY, an Iowa For-Profit Company,<br><br>                  Defendant. | CASE NO: 2:20-CV-0318-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal With Prejudice (ECF No. 35). The parties agree that this action be dismissed with prejudice and without an award of fees or costs to any party. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without an award of fees or costs to any party.

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal with Prejudice, furnish copies to counsel, and **CLOSE** the file.

DATED February 24, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2