AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

| | | |
|---|---|---|
| AAA CABINETS & MILLWORKS, INC., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:20-CV-0318-TOR |
| | ) | |
| AMCO INSURANCE COMPANY, | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice and without an
award of fees or costs to any party.


This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   THOMAS O. RICE _____

on the parties' Stipulation of Dismissal With Prejudice (ECF No. 35).


Date:  Febtuary 24, 2022 _____

*CLERK OF COURT*

SEAN F. McAVOY
_____

*s/ B. Fortenberry*
_____
*(By) Deputy Clerk*

B. Fortenberry
_____